United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Debra Yeakel  
     Debtor

Case No. 16-14883-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Keith | Page 1 of 1 | Date Rcvd: Nov 25, 2019 |
|---|---|---|---|
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
```
13795977       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9741)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:
```
          KEVIN G. MCDONALD   on behalf of Creditor    ABS REO Trust V bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          KRISTEN D. LITTLE   on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
          LESLIE J. RASE   on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com,   lerase@logs.com
          MICHAEL SETH SCHWARTZ   on behalf of Debtor Debra    Yeakel msbankruptcy@verizon.net,
           schwartzmr87357@notify.bestcase.com
          SARAH K. MCCAFFERY    on behalf of Creditor    CSMC 2019-SPL1 Trust smccaffery@squirelaw.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 9
```

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-14883-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Debra Yeakel
2409 Elroy Road
Hatfield PA 19440

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/22/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9741

Name and Address of Transferee:

CSMC 2019-SPL1 Trust
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/27/19

Tim McGrath
**CLERK OF THE COURT**