United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-14883-elf |
|---|---|
| Debra Yeakel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra Yeakel, 2409 Elroy Road, Hatfield, PA 19440-3932 |
| cr | + | NATIONSTAR MORTGAGE LLC, c/o Kevin S. Frankel, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14249681 | + | ABS REO Trust V, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 13984716 | | BANK OF AMERICA, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785, Last four digits of Acct #: 0748 |
| 13835758 | | Bank of America, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14426888 | + | CSMC 2019-SPL1 Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14429738 | + | CSMC 2019-SPL1 Trust, c/o Sarah K. McCaffery, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 13757196 | + | Douglas Marinos, Esquire, 101 N Cedar Crest Blvd, Allentown, PA 18104-4769 |
| 13958375 | | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 13757198 | + | FIA Card Services, PO Box 15019, Wilmington, DE 19850-5019 |
| 13757197 | + | FIA Card Services, Frederick I. Weinberg, Esquire, 1001 E. Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 13757199 | + | Jorge Pereira, Esquire, 646 Lenape Road, Bechtelsville, PA 19505-9135 |
| 13795977 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9741 |
| 13757201 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13774359 | + | Nelnet on behalf of PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13757203 | + | Precisions Recovery Analytics, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14272595 | + | Select Portfolio Servicing, c/o Kevin G McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 30 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13757192 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:32:15 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13810506 | + | Email/Text: bankruptcy@cavps.com | Jul 30 2021 23:23:00 | Cavalry SPV II, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13757194 | | Email/Text: mrdiscen@discover.com | Jul 30 2021 23:22:00 | Discover Bank, PO Box 30943, Salt Lake City, UT |

District/off: 0313-2                              User: admin                                    Page 2 of 3

Date Rcvd: Jul 30, 2021                           Form ID: 138NEW                                Total Noticed: 31

| | | | | 84130 |
|---|---|---|---|---|
| 13757193 | + Email/Text: BKRMailOps@weltman.com | Jul 30 2021 23:23:00 | | Discover Bank, c/o Weltman Weinberg and Reis, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |
| 13764874 | Email/Text: mrdiscen@discover.com | Jul 30 2021 23:22:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13757200 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2021 23:22:00 | | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 13757202 | + Email/Text: electronicbkydocs@nelnet.net | Jul 30 2021 23:23:00 | | Nelnet Loans, Nelnet Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 13757204 | + Email/Text: bankruptcy@sw-credit.com | Jul 30 2021 23:22:00 | | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 13757205 | + Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:32:24 | | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 13757206 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 30 2021 23:22:00 | | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 13757195 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor CSMC 2019-SPL1 Trust carkema@squirelaw.com  vcosme@squirelaw.com,jberry@squirelaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor ABS REO Trust V bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| LESLIE J. RASE | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 31 |

|  |  |
|---|---|
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com  lerase@logs.com |
| MICHAEL JOHN CLARK | |
| | on behalf of Creditor CSMC 2019-SPL1 Trust mclark@squirelaw.com |
| MICHAEL SETH SCHWARTZ | |
| | on behalf of Debtor Debra Yeakel msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor ABS REO Trust V bkgroup@kmllawgroup.com |
| SARAH K. MCCAFFERY | |
| | on behalf of Creditor CSMC 2019-SPL1 Trust bankruptcy@powerskirn.com |
| THOMAS YOUNG.HAE SONG | |
| | on behalf of Creditor Bank of America  N.A. paeb@fedphe.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |
| | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 13

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Debra Yeakel

          Debtor(s)                                          Bankruptcy No: 16–14883–elf

                                                                   Chapter: 13

_____


### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN
THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be
filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the
entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from
the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and
Account and enter the Order of Discharge.


For The Court
Timothy B. McGrath
Clerk of Court

Dated: 7/30/21

48 – 47
Form 138_new
