# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Debra Yeakel aka Debra Yeakel-Sharpe | Chapter: 13 |
| | Bankruptcy No.: 16-14883-elf |
| Debtor | 11 U.S.C. § 362 |

CSMC 2019-SPL1 Trust

                Movant

        vs.

Debra Yeakel aka Debra Yeakel-Sharpe

                Debtor

        and

William C. Miller, Esq., Esquire

                Trustee

              RESPONDENTS

      The undersigned hereby consents to the substitution of Michael Clark, Esquire, as attorney for the secured creditor, CSMC 2019-SPL1 Trust, in the above-captioned matter in the place and stead of Sarah K. McCaffery, Esquire.

| | |
|---|---|
| **Richard M. Squire & Associates, LLC** | **Withdrawing Attorney** |
| **Superseding Attorney:** | |
| **By:** /s/ *Michael Clark* | **By:** /s/ Sarah K. McCaffery |
| **Michael Clark, Esquire** | Sarah K. McCaffery, Esquire |

Dated: 09/02/2021