# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Debra Yeakel aka Debra Yeakel-Sharpe<br><br>Debtor | Chapter: 13<br><br>Bankruptcy No.: 16-14883-elf<br><br>11 U.S.C. § 362 |

CSMC 2019-SPL1 Trust

          Movant

       vs.

Debra Yeakel aka Debra Yeakel-Sharpe

          Debtor

       and

William C. Miller, Esq., Esquire

          Trustee

        RESPONDENTS

  The undersigned hereby consents to the substitution of Michael Clark, Esquire, as attorney for the secured creditor, CSMC 2019-SPL1 Trust, in the above-captioned matter in the place and stead of Sarah K. McCaffery, Esquire.

| | |
|---|---|
| **Richard M. Squire & Associates, LLC**<br>**Superseding Attorney:** | **Withdrawing Attorney** |
| **By:** /s/ *Michael Clark* | **By:** /s/ Sarah K. McCaffery |
| **Michael Clark, Esquire** | Sarah K. McCaffery, Esquire |

Dated: 09/02/2021