United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 16-14883-elf

Debra Yeakel                                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 17, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

**Recip ID**     **Recipient Name and Address**
db     + Debra Yeakel, 2409 Elroy Road, Hatfield, PA 19440-3932

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021       Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor CSMC 2019-SPL1 Trust carkema@squirelaw.com vcosme@squirelaw.com,jberry@squirelaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor ABS REO Trust V bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com klittle@logs.com;logsecf@logs.com |
| LESLIE J. RASE | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com lerase@logs.com |
| MICHAEL JOHN CLARK | on behalf of Creditor CSMC 2019-SPL1 Trust mclark@squirelaw.com |

District/off: 0313-2

Date Rcvd: Sep 17, 2021

User: admin

Form ID: 195

Page 2 of 2

Total Noticed: 1

MICHAEL SETH SCHWARTZ

on behalf of Debtor Debra Yeakel msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com

REBECCA ANN SOLARZ

on behalf of Creditor ABS REO Trust V bkgroup@kmllawgroup.com

THOMAS SONG

on behalf of Creditor Bank of America  N.A. tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 13

Debra Yeakel                                              : Case No. 16−14883−elf
      Debtor(s)

### *ORDER*

_____

    AND NOW, this day , September 16, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                             By The Court

                             Eric L. Frank
                             Judge , United States Bankruptcy Court